FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 11 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

KEVIN WALKER,

        Defendant.
-----------------------------------------------X

ORDER
05-CR-152 JBW

JOHN GLEESON, United States District Judge:

    For the reasons stated on the record today, the defendant is hereby remanded pending tomorrow's hearing on the alleged violation of pre-trial release conditions.

        So Ordered.
        s/John Gleeson
        John Gleeson, U.S.D.J.

Dated: January 4, 2006
      Brooklyn, New York