LARRY J. SILVERMAN
ATTORNEY AT LAW
26 BROADWAY
18TH FLOOR
NEW YORK, N.Y. 10004

(212) 425-1616
FAX (212) 425-0221

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 27 2006 ★

VIA FAX and ECF

BROOKLYN OFFICE

April 24, 2006

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

s/John Gleeson

Sentence adjourned to 6/9/06 @ 2PM

Re: United States v. Kevin Walker
S3 05- 152 (JG)

Dear Judge Gleeson:

      I write in response to the government's letter of April 19, 2006 in opposition to the defendant's request for an adjournment of the sentencing in this matter from May 3, 2006 until a date in early June, 2006. Attached to the government's letter were two items: (1) A letter to Walter Norkin, Esq. dated April 6, 2006 from the Bureau of Prisons and (2) A handwritten consultation report and prescription note apparently prepared on March 20, 2006. While both documents were provided to the government apparently in the beginning of April, I first received these documents as attachments to the government's recent letter. Based on my conversations with the defendant, I believe that he did not receive any of the documents.

      Although, the contents of all of the attachments are relevant to both to the medical condition of the defendant and his sentencing, none were provided to counsel for the defendant. The government states that Your Honor ordered the government to produce the neurologist's report on March

20, 2006 (the same date as the examination); however it only now has been produced in response to the defendant's application for an adjournment of the sentencing date. We suggest that if the government had actual concerns for the care and treatment of the defendant, they would not have waited and submitted their concerns to Your Honor and counsel.

We submit that since the government "takes no position on whether sentencing should be adjourned", we request that Your Honor grant our request for an adjournment of the sentencing date.

On a separate matter, the defendant had made a request for certain information from Mr. Walker's Pretrial Services Officer Robert Long (see attached our letter dated April 19, 2006). Officer Long advised the undersigned that he would gladly produce the information but required Your Honor's order since the information is personal to the defendant and that he could not release it to anyone, " even the Assistant U. S. Attorney" without the permission of the court. We request the Your Honor authorize Officer Long to release the information to counsel for the defendant.

Very truly yours,

Larry Silverman

C: Walter Norkin, Assistant U.S. Attorney
   Kevin Walker

06-04-005