LARRY J. SILVERMAN
ATTORNEY AT LAW
26 BROADWAY
18ᵀᴴ FLOOR
NEW YORK, N.Y. 10004

(212) 425-1616
FAX (212) 425-0221

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ APR 27 2006 ★

BROOKLYN OFFICE

VIA FAX and ECF

Ms Haasnoot is so authorized to do so ordered

April 24, 2006

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

s/John Gleeson
4-24-06

Re: United States v. Kevin Walker
S3 05- 152 (JG)

Dear Judge Gleeson:

After I wrote Your Honor on April 21, 2006 I received a telephone call from Senior Probation Officer Sindee J. Haasnoot regarding a request for information I made on April 19, 2006. Officer Haasnoot advised the undersigned that she would gladly produce the information but required Your Honor's order since the information is personal to the defendant and that she could not release it without the permission of the court. We request the Your Honor authorize Officer Haasnoot to release the information to counsel for the defendant.

Very truly yours,

Larry Silverman

C: Kevin Walker
06-04-007