2:09 – 2:47 pm

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

BEFORE: HON. JOHN GLEESON
DOCKET# CR 05-00152

DATE: JUNE 9, 2006    TIME: 2:00 P.M.
TITLE:

COURT REPORTER: ANTHONY FRISOLONE      DEPUTY CLERK: TERESA HENRY

INTERPRETER: N/A

AUSA: WALTER NORKIN

DEFT NAME: KEVIN WALKER
✓ present  __ on bail  ✓ in custody

ATTY: LARRY SILVERMAN
✓ present  __ not present

## CRIMINAL CAUSE FOR SENTENCING

✓ Case called.   ✓ Defendant present with counsel.  __ Interpreter present

__ Fatico hearing held  ✓ Sentencing held  __ Sentencing adjourned

__ The Court finds a factual basis for the plea of guilty made before the Magistrate Judge, and accepts the plea.

✓ The defendant is sentenced on count (s) **1 & 2** of the Superseding Indictment to the custody of the Attorney General or his authorized representative for a period of

__96 months on counts 1 and 2 to run concurrently.__

to be followed by a __5__ year period of supervised release, with special conditions __that the defendant is to comply with the restitution order and participate in substance abuse treatment.__

__ The defendant is sentenced on count (s) _____ to a _____ year term of probation.

✓ The defendant is to pay a special assessment of __$200.00__

✓ Court advised deft of right to appeal within 10 days.

__ The defendant is to surrender directly to the institution designated by the Bureau of Prisons on__

__ Defendant remanded     ____ On motion of the Government, all remaining counts of Indictment are dismissed.

✓ The RESTITUTION is held in abeyance for 90 days until September 11, 2006.

✓ __Government to file submissions on funds taken from the account of Emily Fredericks by 7/10/06; defendant's response due 7/24/06...If no papers filed, amended judgment with restitution will be entered on 9/11/06.__